UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MARILYN POWELL #14972-074,

    Plaintiff,

v.                                                       No.: 3:07-cv-29
                                                          (VARLAN/SHIRLEY)

BLOUNT COUNTY ADULT DETENTION,
A/K/A BLOUNT COUNTY JAIL, and
BLOUNT COUNTY PRETRIAL,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                  s/ Thomas A. Varlan
                                                  UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
    CLERK OF COURT